IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHARLES KNIGHT                                                    PLAINTIFF

      v.      Civil No. 04-5138

OFFICER HUNTER, et al.                                            DEFENDANTS

## O R D E R

Currently before the Court are three separate dispositive motions filed by defendants. Plaintiff is proceeding pro se in this action. Plaintiff is hereby granted until September 30, 2005, to file responses to defendant Hunter's Motion for Summary Judgment (Doc. 23), defendant Becker's and defendant Lylies's Motion to Dismiss (Doc. 27), and defendant Bruce's Motion for Summary Judgment (Doc. 29). **Plaintiff is advised that his failure to file the responses by the stated deadline may result in the dismissal of his action.**

IT IS SO ORDERED this 19th day of September 2005.

                                            /S/JIMM LARRY HENDREN
                                            UNITED STATES DISTRICT JUDGE