```
                    IN THE UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF ARKANSAS
                           FAYETTEVILLE DIVISION
```

CHARLES KNIGHT                                                    PLAINTIFF

       v.        Civil No. 04-5138

OFFICER HUNTER, et al.                                            DEFENDANTS

## **JUDGMENT**

NOW on this 7th day of December, 2005, the above referenced matter comes on for this Court's consideration of the **Motion for Summary Judgment of Separate Defendant, Jailer Bruce** (document #29). The Court, having reviewed the pleadings of the parties, and all other matters of relevance before it, and being well and sufficiently advised, finds and orders as follows:

\*  that the motion should be, and it hereby is, **granted** and plaintiff's claims against Jailer Bruce should be, and hereby are, **dismissed, with prejudice**.

**IT IS SO ORDERED.**

                                        /s/ Jimm Larry Hendren
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE